IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.  4:05-CR-00106-01-BRW

GLEN VAN SLEDGE

### ORDER

The Government's Unopposed Motion to Dismiss Revocation of Supervised Release Petition (Doc. No.43 ) is GRANTED.

IT IS SO ORDERED this 27th day of February, 2014.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE